IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Vanallen, George

Printed: 11/18/08

Case Number: 05 B 63397
Judge: Hollis, Pamela S
Filed: 11/10/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: October 6, 2008
Confirmed: February 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,650.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,030.10 |
| Administrative: |  | 1,479.45 |
| Trustee Fee: |  | 140.45 |
| Other Funds: |  | 0.00 |
| Totals: | 2,650.00 | 2,650.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,875.00 | 1,479.45 |
| 2. | Internal Revenue Service | Priority | 1,287.25 | 1,030.10 |
| 3. | RoundUp Funding LLC | Unsecured | 67.62 | 0.00 |
| 4. | Internal Revenue Service | Unsecured | 10.00 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 220.00 | 0.00 |
| 6. | United States Dept Of Education | Unsecured | 252.91 | 0.00 |
| 7. | Illinois Dept of Revenue | Unsecured | 0.00 | 0.00 |
| 8. | State Disbursement Unit IDPA | Unsecured |  | No Claim Filed |
|  |  |  | $ 4,712.78 | $ 2,509.55 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 38.50 |
| 5% | 10.00 |
| 4.8% | 33.60 |
| 5.4% | 48.60 |
| 6.5% | 9.75 |
|  | $ 140.45 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Vanallen, George

Printed: 11/18/08

Case Number: 05 B 63397
Judge: Hollis, Pamela S
Filed: 11/10/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

